# EXHIBIT B

Filing # 129191890 E-Filed 06/21/2021 05:32:14 PM

# Affidavit of Process Server

### IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

| RYAN TURIZO | VS | DOCTOR'S ASSOCIATES, LLC | CACE-21-012011 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 06/21/2021

**Service:** I served DOCTOR'S ASSOCIATES, LLC
<br>NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with LYNANNE GARES (MANAGING AGENT) At
<br>NAME RELATIONSHIP

☐ Residence _____
<br>ADDRESS CITY / STATE

☒ Business C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
<br>ADDRESS CITY / STATE

On 06/21/2021 AT 3:30 PM
<br>DATE TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
<br>DATE

from_____
<br>CITY STATE ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Canceled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
<br>DATE TIME DATE TIME

(3)_____ (4)_____ (5)_____
<br>DATE TIME DATE TIME DATE TIME

Age 45 Sex FEMALE Race WHITE Height 5'5 Weight 180 HAIR BROWN

_____
<br>SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 21ST day of JUNE ,2021.

_____
<br>SIGNATURE OF NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

NOTARY PUBLIC for the state of DELAWARE

2021002054