# COMPOSITE EXHIBIT D

## Ryan Turizo Plaintiff vs. Doctors Associates, LLC, Defendant

**Broward County Case Number:** CACE21012011
**State Reporting Number:** 062021CA012011AXXXCE
**Court Type:** Civil
**Case Type:** Other
**Incident Date:** N/A
**Filing Date:** 06/17/2021
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 18 Fahnestock, Fabienne E.

### Party(ies)

Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Turizo, Ryan** | | ★ Hiraldo, Manuel S Retained Bar ID: 30380 HIRALDO, PA 401 E. Las Olas Blvd Suite 1400 Fort Lauderdale, FL 33301 **Status: Active** |
| Defendant | **Doctors Associates, LLC,** | | |

### Disposition(s)

Total: 0

| Date | Statistical Closure(s) | | |
|---|---|---|---|
| Date | Disposition(s) | View | Page(s) |

### Event(s) & Document(s)

Total: 6

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 06/21/2021 | **Clerk's Certificate of Compliance W-2020-73CIV/2020-74-UFC** | | 📄 | 1 |
| 06/21/2021 | **Summons Returned Served** | 06/21/2021<br>Party: *Defendant* Doctors Associates, LLC, | 📄 | 1 |
| 06/17/2021 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 06/17/2021 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 | 3 |
| 06/17/2021 | **Complaint (eFiled)** | CLASS ACTION<br>Party: *Plaintiff* Turizo, Ryan | 📄 | 11 |
| 06/17/2021 | **eSummons Issuance** | Party: *Defendant* Doctors Associates, LLC, | 📄 | 1 |

## − Hearing(s)

Total: 0

**There is no Disposition information available for this case.**

## − Related Case(s)

Total: 0

**There is no related case information available for this case.**

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

Case No: CACE-21-012011

Ryan Turizo

Plaintiff

Judge Division: 18

VS

Doctors Associates LLC

Defendant

FILED

JUN 21 2021

By _____

### CLERK'S CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Administrative Order, No. 2020-73Civ/2020-74-UFC: **"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO DISMISSED CIVIL OR FAMILY CASES",**

The Clerk has conducted a search for all previous existing civil cases related to these two parties.

Listed below are all the aforementioned related cases:   NONE

Brenda D. Forman
Circuit and County Courts

By: _____

Deputy Clerk