## UNITED STATES DSITRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:21-cv-61493-RAR

**RYAN TURIZO**,
individually and on behalf of all
others similarly situated,                                        **CLASS ACTION**

     Plaintiff,                                                  **JURY TRIAL DEMANDED**

v.

**DOCTOR'S ASSOCIATES, LLC,**

     Defendant.
_____/

### JOINT STIPULATION REGARDING
### PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff Ryan Turizo and Defendant Doctor's Associates, LLC hereby stipulate as follows with respect to Plaintiff's Second Amended Complaint, [DE 16], filed on September 15, 2021 with Defendant's consent pursuant to Federal Rule of Civil Procedure 15(a)(2):

1.   Pursuant to the Second Amended Complaint, Defendant Doctor's Associates, LLC is dismissed without prejudice.

2.   The Second Amended Complaint names Subway Franchisee Advertising Fund Trust Ltd. as the Defendant in this case. While Defendant does not oppose Plaintiff's request to file the Second Amended Complaint, Defendant contends that the amended allegations do not address the issues raised in Defendant's motion to dismiss [D.E. 11] and reserves the right to re-assert those arguments plus any others in Defendant's forthcoming motion to dismiss the Second Amended Complaint.

3.  All pending motions filed by Defendant Doctor's Associates, LLC and any discovery served on Doctor's Associates, LLC are withdrawn as moot.

4.  Counsel for Doctor's Associates, LLC shall accept service of the Second Amended Complaint on behalf of Subway Franchisee Advertising Fund Trust Ltd.

5.  Defendant Subway Franchisee Advertising Fund Trust Ltd. shall respond to the Second Amended Complaint on or before October 6, 2021.

Dated: September 15, 2021

Respectfully submitted,

By:     **HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 East Las Olas Boulevard
Suite 1400
Ft. Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
*Counsel for Plaintiff*

**GREENBERG TRAURIG, P.A.**
*Counsel for Defendant Doctor's
Associates LLC*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
**GREENBERG TRAURIG, LLP**
1840 Century Park East
Suite 1900
Telephone: (310) 586-6575
Facsimile: (310) 586-7800
IAN C. BALLON
admitted *pro hac vice*
ballon@gtlaw.com

By: ___ /s/ *Mark A. Salky* _____
MARK A. SALKY
Florida Bar No. 058221
Email: salkym@gtlaw.com