UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 0:21-cv-61493-RAR

RYAN TURIZO, *individually and on behalf of all other similarly situated*,

    Plaintiff,

vs.

SUBWAY FRANCHISEE ADVERTISING FUND TRUST LTD.,

    Defendants.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff Ryan Turizo and Defendant Subway Franchisee Advertising Fund Trust Ltd., by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation for Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: June 22, 2022

                                Respectfully submitted,

 /s/ Manuel Santiago Hiraldo
**MANUEL SANTIAGO HIRALDO, ESQ.**
Florida Bar No.: 118377
E-mail: mhiraldo@hiraldolaw.com
Hiraldo P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33394
Phone: 954-400-4713

*COUNSEL FOR PLAINTIFF*

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
**GREENBERG TRAURIG, LLP**
1840 Century Park East
Suite 1900
Telephone: (310) 586-6575
Facsimile: (310) 586-7800
IAN C. BALLON (*admitted pro hac vice*)
ballon@gtlaw.com
LORI CHANG (*admitted pro hac vice*)
changl@gtlaw.com

By: /s/ *Mark A. Salky*
MARK A. SALKY
Florida Bar No. 058221
Email: salkym@gtlaw.com

*Counsel for Defendant Subway Franchisee Advertising Fund Trust Ltd.*