**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CIV-61493-RAR**

**RYAN TURIZO**, *individually and*
*on behalf of all others similarly situated*,

      Plaintiff,

v.

**SUBWAY FRANCHISEE**
**ADVERTISING FUND TRUST LTD.**,

      Defendant.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation for Voluntary Dismissal With Prejudice [ECF No. 50] ("Stipulation"), filed on June 22, 2022. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of June, 2022.

                                                            _____
                                                            **RODOLFO A. RUIZ II**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record